

# UNITED STATES DISTRICT COURT
### Northern District of Illinois
### 219 South Dearborn Street
### Chicago, Illinois 60604

**Thomas G. Bruton**  312-435-5670
**Clerk**

Date: September 29, 2023

Southern District of New York

Re: Uhrich v. Teachers Insurance and Annuity Association of America

USDC Case Number: 23cv6408

Dear Clerk:

Pursuant to the order entered by Honorable Thomas M. Durkin, on 9/14/23, the above record was

X      electronically transmitted to Southern District of New York

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

                                                Sincerely,
                                                Thomas G. Bruton, Clerk

                                                By:     /s/ N. Finley-Rhodes
                                                                 Deputy Clerk

New Case No. _____     Date _____

cc:     Non-ECF Attorneys and Pro se Parties

Rev. 09/23/2016